UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Charles Miller,                       )
# 18123-053                           )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   Civil Action No. 05 1314
                                      )
                                      )
U.S. Department of Justice, *et al.*, )
                                      )
        Defendants.                   )

**FILED JUN 3 0 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, the Court finds that plaintiff must be required to pay the entire statutory filing fee of $250.00 for this action and an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B). Accordingly, it is this 29th day of June, 2005,

**ORDERED**, that:

1. The Plaintiff is obligated to pay an initial partial filing fee payment in the amount of **$110.40** to the Clerk of the United States District Court for the District of Columbia.

2. The plaintiff is obligated hereafter to pay the United States District Court for the District of Columbia twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $250.00 filing fee.

3. The authorized correctional institution officer where plaintiff is detained shall deduct from plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted from plaintiff's prison account and paid to the

Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid in full.

    4.    A copy of this Order shall be furnished to the institution where plaintiff is incarcerated.

    5.    Plaintiff's application to proceed *in forma pauperis* [# 2] is **granted**.

*[signature]*
United States District Judge

2