UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL WEST | ) | |
| P.O. Box 1935 | ) | |
| St. Charles, MO 63302 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1441 (RMC) |
| | ) | |
| ALPHONSO JACKSON, Secretary of the | ) | |
| Department of Housing & Urban Development | ) | |
| 451 Seventh Street, S.W. | ) | |
| Washington, D.C.  20410 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant

United States Attorney **Stratton C. Strand** as counsel for the defendant  in the above-

captioned case.

Respectfully submitted,

_____    /s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4218
Washington, D.C. 20530
(202) 514-7236

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of August, 2005, I placed a copy of the foregoing

**PRAECIPE** in the first class United States mail, postage prepaid, marked for delivery to:

        Michael West
        P. O. Box 1935
        St. Charles, MO 63302

                                    _____
                                    Jane M. Lyons
                                    Assistant United States Attorney