UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary of the ) | |
| Department of Housing and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, identified in the Complaint as Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), through his undersigned counsel, respectfully moves the Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint from September 2, 2005 to October 3, 2005. The grounds for this motion are set forth below.

Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*, and the All Writs Act, 28 U.S.C. § 1651. See Complaint, ¶ 2. The primary relief sought is access to documents that Plaintiff requested from HUD on March 8, 2005. See id. Prayer for Relief & Exhibit A. Plaintiff is proceeding *pro se*.

The U.S. Attorney's Office was served with the Complaint on August 3, 2005. Accordingly, the defendant's response is currently due on September 2, 2005. The Assistant United States Attorney with primary responsibility for this matter promptly contacted HUD after he received the case so that the agency could begin gathering information needed to respond in

this case. However, the same Assistant United States Attorney will be out of the country on previously-scheduled leave until September 6, 2005. Once he returns, a reasonable amount of time for coordination with the agency and preparation of a response, likely to be a dispositive motion as is typical in cases brought under the FOIA, will be needed. Based on the information currently available, the thirty days requested in this motion should be sufficient. This extension of time is sought in good faith and will not unduly delay the resolution of this matter.

Counsel for the defendants did not consult with the plaintiff prior to filing this motion for enlargement because the plaintiff apparently cannot be contacted either by telephone or by e-mail and time was of the essence due to the short interval of time between the Assistant United States Attorney becoming aware of his responsibility for this case and his departure from the office on travel. This is the defendant's first request for an extension of time to respond to the Complaint, and no scheduling order has been entered.

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for answering or otherwise responding to the amended complaint be extended to and including October 3, 2005. A proposed order is attached.

Dated: August 19, 2005.

Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


   /s/_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

      /s/
_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2005, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

>Michael West
>P. O. Box 1935
>St. Charles, MO 63302

>/s/_____
>Jane M. Lyons
>Assistant United States Attorney