UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary of the ) | |
| Department of Housing and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of the defendant's motion for enlargement of time to respond to the complaint, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including October 3, 2005 to answer or otherwise respond to the complaint.

_____                    _____
Date                                                           ROSEMARY M. COLLYER
                                                                    United States District Judge

**Copies to:**

Stratton C. Strand                                    Michael West
Assistant United States Attorney         P.O. Box 1935
555 4th Street, N.W. - Room E4218     St. Charles, MO 63302
Washington, D.C. 20530