UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>Federal Bureau of Investigation<br><br>   Defendant. | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**ORDER**

 UPON CONSIDERATION of the defendant's motion for enlargement of time to respond to the complaint, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

 ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including September 26, 2005 to answer or otherwise respond to the complaint.

_____                _____
Date                            HENRY H. KENNEDY
                               United States District Judge

**Copies:**
**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov

**Through U.S. Mail:**
**CHARLES MILLER**
Reg. No. 18123-053
U.S. Penitentiary
P.O. Box 150160
Atlanta, Georgia   30315