UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MILLER
    Plaintiff,

vs.

U.S. DEPT. OF JUSTICE
Federal Bureau of Investigation,
    Defendant.

Civil Action No.:
05:1314(HHK)

### AFFIDAVIT OF CHARLES E. MILLER
### IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT

Charles E. Miller, being duly sworn, deposes and says the following under the penalty of perjury:

1. That I am the plaintiff in the matter of <u>Miller v. U.S. Dept. of Justice</u>, C/A No. 05-CV-1314;

2. That I was the defendant in the matter of <u>U.S. v. Miller,</u> Crim. No. 95-CR-896-(Moore)(S.D. Fla.) Appeal No. 01-11825-G (11th Cir. 2001);

3. That I make this affidavit in support of my <u>pro se</u> "Preliminary Opposition to Defendant's Motion for Summary Judgment" which is attached herewith,

4. That I requested records from the FBI under 5 U.S.C. §552 and §552a in order to gain access to document

supporting: (A) my allegations of the existance of immunity agreement between myself and the federal government related to my involvment in Shower Possee case; and (B) my defence at trial that I was in fact working with international and U.S. government law enforcement during times associated with activities I was prosecuted for by federal authorities.

5. That I have had contact with certain agents of the FBI since early 1990' and have information based on reliable sources that the FBI was involved with investigative operations related to me throughout the 1990's;

6. That on or about Septmeber 1994, I was accompanied by my attorneys (Fitzroy Bryant and Lee Moore) to the Basseterre Police Station on St. Kitts, Caribbean Island, where I met with Jude Matthews (Detective Superintant of St. Kitts) and other St. Kitts law enforcement agents. At this meeting there was an admitted FBI agent (name unknown at this time) who stated that the FBI was investigating large scale drug trafficking on the island that involved the acting Prime Minister's sons (Morris family), and that I was also a subject of that investigation;

7. On or about October, 1994, Austin Lescott, Insp. of Police, St. Kitts and Jude Matthews, along with other law enforcement agents and at least two FBI agents came to my home in St. Kitts to collect evidence of foul play that may have occured at the residence. The agents collected swabs from various surfaces in my residence;

8. That in or about 1998 the Minority polictical party on St. Kitts (PAM Party) operatives started a rumor that I threatened the lives of American students attending Ross University on St. Kitts. I was approached by FBI agents and State Dept. officials related to these false threats.

9. That I was the subject of numerous media articles that explicitly state that the FBI and other U.S. domistic law enforcement agencies were investigating me throughout the 1990's. (See: Exhibit "A", Gentalman's Quarterly, August 1999 article   Exhibit "B" Newsweek, August 1998 article);

10. That my former sources with the British government and D.E.A. and Justice Dept. did convey to me that I was the subject of FBI attention in the 1990"s;

11. That I have been the subject of FBI investigation within the last 2 or 3 years here at U.S. Penitentiary as a result of my political opinions which resulted in my being beaten by prison guards, and loss/distruction of my legal documents. The FBI investigated my case as a civil rights violation. And I suspect that the FBI has caused certain individuals at the prison to be equipped with electronic listening/recording devices in order to discover some criminal activity or have me reveal information related to past FBI investigations;

12. That the FBI was--and continues to investigate--Shower

Posse, (Jamaican Posse members which necessarily include me in particular. That these investigations post-date my arrest and prosecution in the Rochester, New York investigation. I was a witness at the Shower Posse trials that were prosecuted in the U.S. District Court, Southern District of Florida. My participation in such prosecution precipitated my participation in the Federal Witness Protection Program (The Program). Prior to my placement in the program my name was Cecil Connor (aka "The Modeler", "Little Nut"). While in the program, I made contact with numerous agents of the FBI;

13. That I state under oath that I know for certain that the FBI has-or should have--additional records related to me considering my extensive history and association with international figures deeply involved in both illegal activity as well as law enforcement activities. The affidavit and accompanied articles should serve as making a *prima facie* case that the FBI is not acting in good faith by claiming that no other records exist on me at FBI that post-date Rochester, New York case. Therefore, summary judgment should be denied and further fact development conducted.

Affiant Sayeth No More

20th Oct, 2005
Date

/s/ Charles Miller
Charles Miller

SWORN TO AND SUBSCRIBED, before me this 20th day of October, 2005.

/s/ _____
Notary Public

My Commission Expires: _____

[Notary stamp: NAME, TITLE, AUTHORIZED BY THE ACT OF JULY 7, 1855 AS AMENDED TO ADMINISTER OATHS (18 USC 4004)]

Exhibit "A"

# THE CARIBBEAN CONNECTION

Ten years ago, the U.S. government made a deal with a dangerous character named Charles "Little Nut" Miller, a member of a violent Jamaican drug gang: Testify against your fellow gangsters and you can go free. Miller took them up on it, and he's been back in "business"—drugs, mayhem and political persuasion—unimpeded on the Caribbean island of St. Kitts ever since    **BY JEFF STEIN**

DETECTIVE SUPERINTENDENT JUDE MATTHEW AWOKE early on the tropical morning of October 13, 1994. The policeman was nervous, certain he was about to close a big case, a gruesome murder involving powerful people on his island. He dressed carefully, smoothing out the wrinkles on his royal blue colonial-style uniform. He gave himself extra time to get ready because he had an early appointment with the men from Scotland Yard.

A diligent detective, Matthew had good reason to be anxious. Ominous things had been happening on St. Kitts, a small volcanic island in the far West Indies. On a cloudless Sunday the previous June, Dr. William "Billy" Herbert, once St. Kitts's dual-portfolio ambassador to the United States and the United Nations and an experienced yachtsman, had gone out on his motor cruiser with five guests. They were never seen or heard from again. There were no flares, no radio calls for help. Not a life preserver or a plastic cup turned up on the clear blue water.

No evidence of foul play was found in the disappearance of Herbert and his guests. Nor did he turn up elsewhere in the world. It was possible, as a confidential investigation found later, that a freak wave washed over an overloaded stern and swamped the boat like a child's beach pail. But investigators discovered a potentially more complex scenario when they began looking into Herbert's books: The diplomat had been laundering money for a drug gang in the United States. Somebody might have wanted him dead.

The ambassador's disappearance was still unsolved four months later when two more people disappeared. Again the island's political elite were involved. This time the victim was the son of a deputy prime minister. The bodies of Vincent Morris and his girlfriend were eventually found in a burned-out car in a sugarcane field, charred beyond recognition.

Detective Matthew soon pieced together a case. Morris and a few of his buddies had dug up a cache of cocaine from a beach on the north side of the island. Problem was, it didn't belong to them. Its true owner, Matthew concluded, was a Kittitian who had returned to the island in 1991 after an



absence of several years. His name was Charles Emanuel Miller, "Little Nut" to his friends.

Matthew had arrested Miller and five of his underlings on suspicion of drug trafficking, with an eye toward making a murder case, and locked them up in the jail in Basseterre, St. Kitts's capital. It was a bold move: Miller, owner of a food-distribution business, a resort and a restaurant, was bankrolling St. Kitts's opposition right-wing Labour Party in an upcoming election. Labour was favored to win. Given the island's patronage-infested police force, the detective thought he could be fired for these arrests, or worse.

At that point, Matthew decided the case was too big for him to handle alone. He requested help from Scotland Yard, which agreed to fly an investigator out from London right away. (Once a British colony, St. Kitts–Nevis is now an independent country.)

Matthew never got a chance to meet him. As he pulled out of his driveway on that humid morning, a masked man jumped from the bushes across the road, pulled a gun from a paper bag and pumped several rounds into Matthew's head and body. The jeep rolled to a stop, its driver slumped lifeless in the front seat.

FOUR YEARS LATER, IN OCTOBER 1998, I stood on a hotel balcony in Basseterre overlooking the harbor in St. Kitts, studying a map that would lead me to Jude Matthew's grave. Across the water, a few wrecked fishing boats littered the black sand, detritus of Hurricane Georges, which had stalled over the island in September. Tin roofs on some of the old warehouses on the waterfront were still flapped back like lids on cat-food cans.

Scotland Yard had come and gone, and little had changed since 1994. Miller had not only survived Detective Matthew; he had flourished. His businesses were thriving, and his friends in the Labour Party had won the election. He was a dapper, well-known man about the island, a doting father who picked up his child at school every day. He was also, according to drug-intelligence agencies, facilitating nighttime drops of cocaine off the beaches—St. Kitts's own Al Capone.

Beyond the Caribbean, few seemed to care. With its sugar-cane-based economy in free fall, the island was awash in narco-cash and corruption, but nary a word was heard from Washington. It was one of Miller's messages to Prime Minister Denzil Douglas in late July 1998, however, that elevated Miller to international notoriety and laid bare another shameful legacy of the CIA, the Cold War and cocaine.

American officials had learned that Miller, indicted quietly by a federal grand jury in Miami in 1995 on a charge of conspiring to smuggle drugs into the United States, had "let it be known" to the prime minister that if a U.S. raiding party tried to swoop down and whisk Miller away, American students at the Ross veterinary school in St. Kitts would be murdered. A grim-faced party from the American embassy in Barbados flew in to give the students the news.

"I was like, You've got to be kidding me," said Cobi Hoonhout, a student from Michigan. Everybody knew Miller as a frequent patron of the beachside Monkey Bar, so "nobody knew how serious this was," she said. But the State Department was clearly concerned, so she and many other students left. When they returned in the fall, Little Nut was still living in his sprawling whitewashed house on a hill overlooking the college.

The alert was required by a State Department policy instituted after U.S. authorities failed to tell passengers on Pan Am flight 103 of a report that terrorists planned to blow up the plane. But few who knew Miller's history doubted he was capable of carrying out something so terrible. Investigators had learned a lot about Charles Emanuel Miller in the years since the murder of Detective Jude Matthew.

For one, they learned that Miller's real name was Cecil Connor. Born into grinding poverty on St. Kitts in 1960, he had fled the island as a teenager and gone through a number of mutations since. His paper trail led back to Jamaica, where

> **Miller, indicted by a federal grand jury for allegedly smuggling drugs into the United States, "let it be known" to the prime minister that if a U.S. raiding party tried to whisk him away, American students in St. Kitts would be murdered.**

he had joined Kingston's most powerful drug gang, hustled guns and, according to his own little noticed testimony in a Miami trial, fought in a secret war to engineer the election of a conservative, pro-U.S. Jamaican government. That mission accomplished, Connor and his gang apparently got the green light to expand their guns and coke trade to Miami, where they became known as the Shower Posse, a moniker derived from their habit of raining bullets on innocent bystanders.

FOR MOST OF THE 1980s, THE SHOWER POSSE'S REACH stretched from coast to coast, dominating the cocaine trade and leaving a trail of unsolved murders in its wake. Connor was a key player, in charge of western New York State. He was eventually busted in Queens, but he made a deal with federal prosecutors in 1989 and agreed to testify against a handful of his former Shower Posse colleagues. The two top guys had long fled. In return for his testimony, he skated with a new name and fresh papers under protection of the federal witness-protection program. Within two years, he was back in business in St. Kitts, as Charles Emanuel Miller.

Caribbean governments were outraged when they heard the leaked details of Miller's true story. "A Frankenstein monster created by Uncle Sam," a European diplomat was quoted as saying. And he had a point. Indeed, Miller's saga was a case



Big Da(  ). By all accounts, Miller is a devoted family man who's known for his generosity to friends in the community.

study of the lingering costs of America's Cold War, its anti-communist obsessions and its failed drug policies. The story of Cecil Connor, a.k.a. Little Nut Miller, was one of mayhem and murder, corruption and cynicism, and, finally, of an American-made hell in a very small place.

CECIL CONNOR'S CHILDHOOD WAS INAUSPICIOUS, EVEN in the context of a forlorn island that offers its young boys little more than a lifetime of cutting sugarcane or cadging tips from tourists. According to island lore, when he was an infant, his mother, crazed with despair over her penniless state, took her child down to the beach and tried to drown him. Failing at that, she went home and hanged herself.

But her son was a survivor. And his path led, as it so often does in the poverty-stricken Caribbean, to the get-rich-quick thrill of the drug trade. Barely into his teens, Connor was hustling marijuana between St. Kitts and Jamaica. One day in 1974, an American professor of anthropology, Gary Brana-Shute, happened upon the boy on a flight between the islands and was so struck by him that he later wrote up the encounter for his alumni newspaper.

The kid was decked out in a bowler hat, a black suit and a soiled tie. He was toting "a straw basket containing several plastic containers and some rolled-up newspapers." At first he claimed this was his first trip to Jamaica. The conversation naturally turned to Bob Marley and the Rastafarians, and eventually the teen confessed that he was a Rasta, too, and smoked "the holy weed."

"You look awfully young," the professor observed. The boy handed over a passport in the name of Cecil Coddrington, which showed his age to be 14. It was cluttered with entry seals from a half-dozen islands, including Jamaica, indicating he had been there before. As Brana-Shute studied it, the boy unrolled his newspapers, revealing a wad of American bills. He went on to explain how he bought ganja in Jamaica and smuggled it back to St. Kitts under containers of salt fish and boiled yams in his basket.

"I make some money from this, but not big money," he said. "My friends tell me big money is in dope like cocaine, and I know where I can get it." But selling coke could have meant dealing with the Mafia. "It's dangerous," he said.

The two deplaned in Kingston. The professor asked the budding entrepreneur where he could find him if he ever got to St. Kitts. No problem, mon, the boy said. He was to "go to the airport taxi stand and ask for Rasta Little Nut," the name by which he was known.

LITTLE NUT (THE NICKNAME, OF MYSTERIOUS ORIGIN, goes back to his childhood) found the big time soon enough in Jamaica. Within a year, he had overcome his reservations about the dangers of cocaine—and guns—to become a member of the Shower Posse, one of the baddest gangs to emerge from the Kingston slums. The Shower Posse and others like it were in the employ of some of Jamaica's top politicians. Shower's juice flowed from its roles as bodyguards, hit men, intimidators and ballot stuffers for the Jamaican Labour party, which had the overt and covert backing of the American embassy. In return the Shower Posse's dope business received political protection. It was as if the Crips or the Bloods worked for the Democrats or the Republicans.

"At the time, you had the Cuban embassy, the Russian embassy and the U.S. embassy here, and they were not sitting on the sidelines," observed Trevor MacMillan, a Jamaica Defense Force general at the time and later national police commissioner. The American embassy never had so many bright young diplomats as it did then, many of whom were African-Americans, an unprecedented turn of events in the white-bread State Department. "All of a sudden, all these people turned up in the embassy, and they knew all about Ja-





Uneasy in the islands: While Jude Matthew lies in his grave, *right*, Miller carries on from his comfortable home, *below*, fronted by gates bearing gold lions.

maica," MacMillan recalled. "They knew our history and culture. We'd never seen that before. They were obviously there to play a role outside normal channels."

The Shower Posse's firepower improved dramatically during the run-up to the elections, recalled Lloyd Williams, a veteran Jamaican journalist. M16s, previously unheard-of, were flowing into Jamaica by the barrelful. Even the most powerful Kingston gangs, drawn from the shanties, could hardly afford American cigarettes, he said, much less automatic weapons. At least in the beginning. "These guys, if they'd seen a pack of Camels, they would have fainted," he said. "There had to be people supplying them and teaching them how to use them."

A retired U.S. agent agreed. "Jim Brown [the Shower Posse's leader] was buying guns in the U.S. like they were going out of style in '79 and '80. He was coming into the U.S. on a visa, and he had plenty of money. You think it was Jim Brown's money he was spending to bring back guns to Jamaica that were used to kill the opposition? Give me a break. Where did the money come from? Use your imagination on that one."

One of the Shower Posse's "button men," or street killers, was the teenage Cecil Connor, who'd picked up a new nickname, Modeler, for his penchant for flashy clothes. The CIA had taught him how to make bombs and kill people with the springs of a watch, he would say. "We go around. We intimidate voters. We stuff ballot boxes on election day. It is a whole different process down in Jamaica," he later testified.

Connor also displayed a remarkable talent for talking his way out of jams.

In 1977 he was arrested for armed robbery in Kingston. He was sent to prison with three life sentences, plus twenty-five years, later reduced. No matter. The prison was more like a hostel, with inmates coming and going at will. In 1983 he waltzed away and flew to New York with false documents. Stopped in the immigration line at Kennedy and put into a holding pen, he talked the agents into putting him on a plane to St. Kitts. A few months later, he cadged a visa from the American embassy in Antigua and flew back. "I didn't feel I was in danger," he said under oath. "The government that was in power [the Reagan administration]...we were friends with, we support them."

Connor reconnected with the Shower Posse in Miami. Posse members were now shuttling freely between the United States and Jamaica, despite their lengthy criminal records, possibly a reward for their political chores during the 1980 elections. The Posse's drug business was booming. From their base in Florida, members strong-armed their way into the coke trade in New York, California and Washington, D.C., bringing it to a frightening new level of violence. According to some federal analysts, the Shower Posse carried out 1,000 murders in the 1980s. And Little Nut, now Modeler, was in the thick of it, right hand to the Posse's coleaders, Jim Brown (né Lester Coke) and Vivian Blake. Connor was moving 600 pounds of marijuana every week plus a kilo of cocaine a month in Rochester, New York, his personal fiefdom. In February 1985, he was busted.

Facing a clamor to do something about the violence, the Feds were eager to crack down on the Shower Posse and left their telephone number with Connor when he went off to jail for five years. In 1987 he finally agreed to talk, but his price was high: immunity, a promise that prosecutors would fight any Jamaican extradition request, and resettlement in the federal witness-protection program. He got all three.

At the time, the government thought it had made a great deal. It still does. "They were very dangerous, the Shower Posse, the deadliest," said one prosecutor, who spoke on condition of anonymity. "In order to dismantle an organization like that, you have to have an insider. You make deals like that all the time."

J. J. Watterson was the agent for the Bureau of Alcohol, Tobacco, and Firearms (ATF) who flipped Connor. "It took me at least a year and a half to turn him, and many, many meetings," said Watterson. "You know, it's just perseverance and gaining his trust. And I was very good at that. But he was the hardest nut I've ever had to deal with." Connor was

also "the best witness I've ever seen on the stand," Watterson said. "It was the difference between losing and winning."

One startling event Connor offered up was the notorious "nickel homicide" in a Miami crack house in 1984. A pregnant woman prayed before she and four others were gunned down by Jim Brown and other Shower Posse members as he stood guard, Connor told the court. It was one of the bloodiest unsolved murders in Miami history.

Defense lawyers were outraged. You stood right there during the carnage, did you not? one asked the witness.

"I was asked to go there to cover Jim Brown's back," Connor conceded.

"With a machine gun, in the house, covering him while he is killing people?" a defense lawyer asked.

"Yes."

They asked him about his activities in Jamaica. "You, in essence, are a cold-blooded murderer, are you not?" asked one defense lawyer.

"Well, if you want to put it that way," Connor answered. "I have done certain things back in Jamaica.... We all did. This was part of the things we do."

> **"You, in essence, are a cold-blooded murderer, are you not?" asked a defense lawyer. "Well, if you want to put it that way," Connor answered. "I have done certain things back in Jamaica.... We all did."**

Earlier, in a conference, another defense lawyer had spoken to the judge. "One or two murders—OK. But five murders?" The witness could be classified a "serial-type killer," the lawyer argued, especially considering his record in Jamaica, where he was once charged with murder. But the judge was resigned. "It's not uncommon to find in federal prosecutions that the government's star witness is worse than the people on trial," he said, moving the case along. Furthermore, neither Jim Brown nor Vivian Blake was on trial; both were in Jamaica. (Brown later died in a mysterious prison fire on the eve of his extradition to the United States.) Only midlevel Shower Posse members were on trial, and they were all convicted.

Today Connor's embittered ex-associates, most serving long sentences, say Connor put one over on the Feds, merely turning faster than the others. He has plenty of blood on his hands, they say, more than his testimony about standing guard during the five killings would indicate.

"I can tell you how it went," Connor's onetime mentor Vivian Blake told me across a visitors' table inside St. Catherine District Prison in Jamaica. For several years, Blake, a fortyish man with a disarming smile, has been fighting extradition to the States to stand trial on charges of murder, racketeering and drug dealing. He leaned forward and recounted his version of the murders in Miami.

Posse chieftain Jim Brown came back from the crack house that night enraged that somebody there had robbed him of his jewelry, Blake said. Blake listened from his bedroom as "Modeler encouraged him to go back to the crack house." Brown, Connor and two others, heavily armed, piled into a car, and Blake went back to sleep. In the morning, he said, he noticed the melted remnants of a gun handle on the living-room rug and asked Brown about it. Brown told him Connor had shot five people. Two other Posse members witnessed it, Blake said.

Blake and others claim that Connor carried out other murders. "Modeler was scared that some of the smaller guys who might get arrested would implicate him," explained one of Connor's former Posse colleagues who's also in jail. "You understand what I'm saying? This is one of the reasons he flipped first, because he thought the other people would flip before him and get a deal before him, and he'd be up shit creek."

Connor was always thinking ahead, the prisoner said, maybe all the way to a posh new life in St. Kitts. "The guy used to read this book, *Wiseguy*, about a guy who turned for the Feds," the prisoner said. "I was laughing when I see that. This is a grand thing that Modeler did."

The same goes for Connor's self-proclaimed CIA connection. Just another scam, Blake scoffed. "He doesn't know no CIA, mon. If anyone would know people in the CIA, it would be me. I don't know them, and I was born and raised in [Tivoli Gardens]," the power base of the Shower Posse. "So if the CIA there, I would know."

Where is the truth in all this? The CIA does not comment on the identity of its operatives. Nor did Congress ever give the same scrutiny to the CIA's widely reported role in Jamaica as it did to assassinations and covert action in Chile, the Congo, Cuba, Haiti and Guatemala, among other places. If Jamaica was spared the CIA's attentions, it would have been the exception.

Meanwhile, it's certainly in the interest of Connor's ex-associates to tear him down. No doubt they would love to see Little Nut behind bars serving a murder rap. Connor's former handler, J. J. Watterson, insists that before the Miami trial, his snitch passed a polygraph test that included a question about whether he had killed anyone in the United States. However, polygraphs are notoriously vulnerable to con men, and one prosecutor now concedes that Little Nut might have done more than just stand guard in the crackhouse killings. But "that would've been grossly irrelevant at the trial." And he said he's heard nothing about Connor's involvement in any other killings.

AFTER THE TRIAL, CONNOR SCOURED HIS OLD MIAMI haunts, telling people he was sorry and looking for someone to buy him a gun, but all doors were closed to him. In 1991 he returned home to St. Kitts, determined to start over. He changed his name to Charles Emanuel Miller and bought



Javert of the tropics: Brian Reynolds was summoned from Scotland Yard to try to establish some order in corrupt, chaotic St. Kitts.

into several St. Kitts businesses with his new friends in the Labour Party. He had money, perhaps as much as $200,000.

One man in particular drew Miller's attention: Billy Herbert, a well-off local businessman who'd been the St. Kitts–Nevis ambassador to the United Nations and to the United States until he'd quietly been forced to resign from that post in 1992. Now he was tending to his bank and other affairs, including, Miller eventually discovered, big-time cocaine trafficking to the UK and Holland. When he heard about a planned shipment of 10,000 kilos stashed on a sugar boat, Miller sensed an opportunity, so he called an old friend in the States.

J. J. Watterson was proud of his work in the Shower Posse case, but it had been his last hurrah. After twenty years, he walked away from the ATF and set up shop as a private eye. Then one day in early 1994, his old pal called from St. Kitts, with a new name and a proposition.

Miller wanted his old controller to help snag a local big shot by the name of Billy Herbert. The idea was to serve him up to the Feds—for a fee. He told Watterson he knew all about Herbert's secret operations—his banks, his hidden ports, his customers, his shipments. He proposed that he supply the intelligence and Watterson run the operation, for a fee of $1 million to be split evenly between them. "We've got to do a deal with one of the governments," Little Nut said, "the U.S. or the UK."

"It sounded righteous to me," Watterson told me. "Of course, I was in it for the money. And the excitement."

But neither the U.S. Customs Service nor the Drug Enforcement Administration was interested. "They didn't laugh at me," Watterson said. "They just said, 'Go away.' " Next he met with officials from Scotland Yard in a hotel in Barbados. At first they weren't interested, either, but then a meeting was set up in the Cayman Islands. Watterson and his snitch eagerly flew off, but this time Little Nut's felony record got him stopped en route, in San Juan, Puerto Rico.

They tried again in Barbados. This time both Watterson and Miller made it, not that it mattered. "They were all dorks," Watterson recalled. "They said, 'We can't give you any money.' " Scotland Yard called again and arranged a meeting at headquarters in London. That turned out to be the strangest of all, Watterson said. Again they said they wouldn't pay for the operation. "What are you wasting my time for?" Watterson exclaimed. "I said, 'Listen, I am a businessman, no longer a federal agent. I work for money.' " He tried a quick tutorial on the street value of 10,000 kilos of cocaine, but the English police weren't impressed. Apparently, Scotland Yard didn't care much for Charles Miller. The superintendent leveled a finger at Watterson's partner and said, "Well, he's a villain."

"I hadn't heard that word in a long time," Watterson said. "So Miller looks at him and says, 'Well, superintendent, I may be a villain, but I'm a credible villain. Are you a credible policeman?' At that point, everybody was ready to get up and start throwing punches. It came apart at the seams right there." They flew home separately.

Then bad things began to happen. Billy Herbert and his yachting party disappeared into the deep blue sea. Then the deputy prime minister's son and his girlfriend were found in a burned-out car in a sugarcane field. And following that Detective Jude Matthew was murdered. Nine people were dead. Little St. Kitts had a big problem.

THE WHITE MARBLE SARCOPHAGUS RESTS IN AN OVERgrown cemetery on a gently sloping hill above Basseterre. The two-foot-high grass and weeds around the grave rustle constantly in the prevailing winds of the Lesser Antilles. Here lies Jude Matthew. Few people come to pay their respects. Too dangerous. Some others have visited anonymously to pay their disrespects, however, spiking two dogs' heads on stakes at the grave site.

Brian Reynolds used to drive by Matthew's crypt every day. The lanky 57-year-old career policeman didn't need a reminder of his own mortality. It was just grim coincidence that located his ramshackle office a block up the blacktop road from the cemetery. Reynolds didn't mind. On the contrary, the former Scotland Yard detective seemed to revel in his beleaguered status. "There goes another pallet of coke to Miami," he joked as a plane passed overhead during our first conversation, sounding for all the world like Michael Caine.

Reynolds was Scotland Yard's lingering presence on St. Kitts. The first team of detectives that had flown out to meet

Jude Matthew thrashed around but made no arrests. The government was concerned enough by the continuing anarchy to ask London to send someone to stay for a while and help train the police force. As a member of Scotland Yard's homicide squad and then head of its drugs-intelligence unit and as a recipient of the Order of the British Empire, "I suppose my background suggested I was used to this kind of work," Reynolds said dryly.

In fact, little in his past prepared him for St. Kitts. Even as he flew the Atlantic, the plot took a twist: The incumbent government lost the election, and his job was up in the air. Now Little Nut's friends in the Labour Party would be in charge. Reynolds detoured to Barbados and called ahead to make sure he was still wanted. Apparently fearing fallout from London, Prime Minister Douglas asked him to stay.

Now Jude Matthew's unsolved murder was Reynolds's problem. Reynolds went swiftly to work. A man named David "Grisly" Lawrence, one of Miller's henchmen, had been arrested running from the murder scene with a Tec-9. "The ballistics matched up," Reynolds said. There was also an eyewitness.

That was when Reynolds's island education began. When the first jury to try Lawrence deadlocked, two jurors came to see Reynolds in private. "They virtually said, 'Commissioner, we know what you're trying to do, and we support you,'" Reynolds said. But fear for their safety prevented them from delivering a complete verdict. Another jury deadlocked after a second trial. The same happened after a third. Finally, with the help of the third jury's foreman, Reynolds set a trap and arrested nine people, all identified as supporters of Miller, who were then charged with "conspiracy to pervert the cause of justice."

The magistrate set them all free on bail.

"Prisoners have rights," the magistrate told Reynolds.

"What about jury members?" Reynolds shot back. "Have they got rights?"

But at that point, the idea of trying anyone in connection with the murder of Jude Matthew was dropped. "The prosecutor decided there was no likelihood of ever getting a conviction," Reynolds said. Like battleships maneuvering over the horizon, Reynolds and Miller had shelled each other from a distance. Miller had scored first. He'd ripped a hole in Reynolds's hull and slipped away.

Other opportunities would arise. One night in 1996, a U.S. Customs Service flight spotted a cargo plane flying low out of the direction of South America. The customs plane gave chase and videotaped the cargo plane making a coke drop off the coast and boats belonging to Miller picking up the bundles. The videotape was handed over to the local coast guard and locked in an evidence vault. The next day it was gone.

Reynolds later arrested a police officer who admitted he'd sold the tape to Miller for $3,000, but when the case went to court, the officer withdrew his statement, saying he had been frightened into confessing. By now Reynolds knew he stood no chance of getting an indictment of Miller in St. Kitts, much less a conviction. But U.S. authorities had gathered evidence of planes flying cocaine in from St. Kitts, and an indictment was handed up in Miami. Just before dawn on May 31, 1996, Reynolds assembled a raiding party and led them up Miller's road with automatic weapons. Drawing himself up, Reynolds knocked on the door. A sleepy Miller answered in his underwear. Reynolds announced he was under arrest for extradition on drug charges and had him handcuffed and led away. (A gun was confiscated from Miller's car and locked away in the armory. Later, when authorities went to retrieve it, it was gone.)

But Little Nut had the last laugh. With a crowd of supporters threatening violence outside the courthouse, the magistrate immediately released Miller on bail. Soon Reynolds became the object of serious harassment. Returning from a trip to London late one night, he came upon a gunman hiding in the garden. His armed driver chased the man off. Another night Reynolds was awakened by the sound of a jeep idling outside. He traced the license plate to Miller.

A line had been crossed. "I went out the next day, and I got Miller out of his house, and I told him in no uncertain fucking terms that if anyone touched a hair on any of my family's heads..." Reynolds said, getting worked up at the thought. You told Miller what? I asked.

"Well, dot-dot-dot." He smiled evenly. "And I haven't heard from him since."

Well, not in that manner. But from time to time Reynolds will bump up against his nemesis on the street in Basseterre.

"He loves to call me chief. 'Hello, chief. How are you?' 'Well, I don't give a fuck how you are,'" Reynolds said he responds. "'but I'm fine.'"

One time Little Nut came up to him in a corridor of the local hospital. "Tell me, chief, why do you like being poor?" Miller inquired with mock solicitude.

"Well, I can sleep well, because I have a clear conscience," Reynolds shot back.

"I sleep beautifully, like a baby," Miller replied.

"That's the difference between you and me," Reynolds said. "I have a conscience and you don't." As they exchanged barbs, a woman whom Miller knew walked by. He greeted her effusively, asking why she was there. She explained that

> **After three trials, the idea of trying anyone in connection with the murder of Jude Matthew was dropped. "The prosecutor decided there was no likelihood of ever getting a conviction," Reynolds said.**

CONTINUED ON PAGE 209

## Puff Daddy

endearing. That mirthful, singsongy "it wuhzzz" is like nothing he's ever committed to tape. Which makes you realize what a curiously joyless public presence he has, especially for someone so famously high-living. In photographs and videos, his face is always the same: blank, lips parted slightly, eyes either unexpressive or hidden behind shades—what behavioral psychologists call flat affect. It's an especially strange sight when he's dancing, since he's a good dancer: The body dips and spins with exuberance, but the face remains impassive. It's like watching the dancing baby on the Internet.

This perceived lack of humor goes a long way toward explaining Puffy's unlovability—it makes him seem like one of those paranoid, armed, gated-community rich people. When I tell Puffy it's a relief to see him smile, that it becomes him, he takes it as a public-relations suggestion: *Must smile more; must be happy.* It's something he's been consciously working on. "I made a decision, as a person, that I was gonna be happy this year," he says half-convincingly.

THIS IS A FUNNY OLD TIME FOR HIP-hop, uncharted waters, pointing toward a future where hospital wings and university dorms will be named for philanthropic rappers and label bosses, and masons will etch the benefactors' tags, rather than their real names, into the stone facades: MASTER P CENTER FOR APPLIED MATHEMATICS; SEAN "PUFFY" COMBS BIRTHING PAVILION. (Already there is a Sean "Puffy" Combs and Janice Combs Endowed Scholarship Fund at Howard University.) Like the parallel explosion of Internet wealth among young white and Asian-American men, the mogulization of hip-hop is well past the fad phase and is now a crucial fact of American business life. Down the road, Puffy might be seen as the William K. Vanderbilt of his time, and ticket holders from Fargo and East Moline might queue up a hundred years from now at the corner of Park and 75th to see the roped-off suite of rooms where Kim Porter once nursed baby Christian.

In any event, Puffy will be around for the foreseeable future. With the decks apparently cleared of any Steve Stoute–related messiness, he is free to continue his grand happiness experiment. In the coming seasons, he may well succeed in replicating the narrative arc of his friend Donald Trump, the public figure to whom, in the end, he invites closest parison. ("It was Puffy who told me are four major rap songs that use the *Trump* in the sense of 'very Trump,' Trump.) Like Puffy, Trump burst up scene as an admired, precocious er builder but through ubiquity, egotis sheer ridiculousness soon wore o welcome. Trump, however, manag harness his grandiosity and turn it i selling point, a step toward lovabilit now, somehow, we all feel the w wouldn't be as much fun without Puffy, if he manages things correctl pull this trick off.

He warns, though, that he won't d happy thing if he doesn't feel it. "I ca phony," he says. "I got a lot of diffe moods and personalities. Like, the time you see me, I may just be in a to different mood."

"You may attack me with a Champ bottle," I say.

"I won't hit you with a bottle," I shoots back, firmly and seriously. "I n punch you in your eye, though." smile. "*Naw*, I'm joking."

*David Kamp is a* GQ *writer-at-large.*

## Caribbean Connection

CONTINUED FROM PAGE 171

her son was in the hospital.

"What?" Miller said melodramatically. "In this hospital? You take him out. You take him to Miami and get him the best doctor and send the bill to me."

Recalling the exchange, Reynolds chuckled. "She thought she'd had the best thing happen to her in her life."

Loath as Reynolds is to admit it, the encounters have gotten under his skin. Nine people have been murdered on St. Kitts since 1994. Students' lives have been threatened. No one's been convicted. But he's confident the noose is tightening around Miller's neck. Several of his businesses have been shuttered, and the island's business leaders have grown weary of his notoriety. Not that Miller is a stay-at-home. He delivers his child to school every day and is frequently spotted driving about town. "He owns the whole island," marveled a U.S. government investigator, who says Miller's spies at the airport keep track of who's on the island.

Meanwhile, Miller's arrogance knows no bounds. One day last year, according to a law-enforcement source, Miller stomped into the prime minister's office and de-



**TRIPLE XXX ANABOLIC COMPOUND**

# STEROIDS

SAFE STEROID REPLACEMENT WITH ABSOLUTELY NO SIDE EFFECTS
No Prescription Needed – Anything Stronger Would Be Illegal

**TRIPLE XXX ANABOLIC COMPOUND**

Triple xxx increases testosterone levels 3 ways! Testosterone is the most powerful Anabolic muscle producing hormone found in the body!

**EACH TRIPLE XXX ANABOLIC COMPOUND TABLET CONTAINS:**

**50 MG ANDROSTENEDIONE** – Studies indicate boost in Testosterone levels of 337%.
Androstenedione is the true East German secret–IT HELPED THE GREAT HOMERUN RECOR!
**5 MG DIHYDROXYFLOVONE** – Newest hi-tech Anabolic, blocks your body from converting Testerogene (good) into Estrogen (bad). Allows your body's Testosterone levels in the blood to increas
**5 MG BORON (GLUCONATE)** – Increases Testosterone levels up to 200%. Increased Testosterone means faster muscle growth along with increased fat burning.
**500 MG TRIBULUS TERRESTRIS** — Imported from Bulgaria, this Anabolic is absolutely the best muscle and strength producing ingredient available.

**100% GUARANTEED RESULTS!**

Send Check or Money order to: **P.H.D. PHARMACEUTICALS**
5603-B W. FRIENDLY AVE. #260 • GREENSBORO, NC 27410

**1-800-914-6559**

___ One Bottle, 90 Tablets $29.95 + $3.00 S&H
___ Two Bottles (Special get 3rd FREE) $59.90 + $3.00 S&H
___ FREE Underground Newsletter with order
☐ Check  ☐ Money order

Name _____
Address _____
City _____
State, Zip _____
Phone ( ___ ) _____

**Suggested Cycle Usin XXX ANABOLIC COMPOU**
Week 1 - 1 Tablet/da
Week 2 - 1 Tablet/da
Week 3 - 2 Tablets/c
Week 4 - 2 Tablets/c
Week 5 - 3 Tablet/da
Week 6 - 2 Tablets/c
Week 7 - 2 Tablets/c
Week 8 - 1 Tablet/da
Week 9 - 1 Tablet/da

**SAFE FOR AL DRUG TESTING**
Because of the poten of this product, it r recommended that not be used for mo than nine weeks without a three-wee off cycle.

# Caribbean Connection

clared bluntly, "I put you in office, and I can take you out." Which raises the question of why the prime minister doesn't ask the U.S. government to come in and take Miller off his hands.

"We offered him all sorts of options," said a U.S. investigator who is convinced Miller has the P.M. in his pocket, "but he turned them down." Reynolds, however, insists there is "no evidence" of that. Officially, the government has complained loudly about Miller's antics, and Prime Minister Douglas has denied any link to Miller. If U.S. raiders dropped out of the sky and snatched Miller, Reynolds says, the sensitivities of island governments throughout the region would be rattled, endangering a raft of drug-fighting agreements the United States has patiently negotiated over the years.

Inevitably, suspicions have arisen that until the embarrassment of the veterinary-school threat, certain sectors of the U.S. government weren't altogether unhappy with Miller's exile. One U.S. law-enforcement agent was curious about that and made inquiries in Washington. The National Security Council, he was told, conducted a review of Miller's self-proclaimed CIA ties, "and it came back negative," a virtually meaningless answer. Miller might have been such a low-level, informal "asset" that his name isn't on the books. Also, the agency has been known to lie in response to such requests. So the truth of the matter may never be known. It's interesting to learn, however, that on the eve of Miller's testimony in Miami a decade ago, the CIA's man in Kingston accompanied Jamaica's minister of national security to a quiet dinner in a Coconut Grove restaurant, where the Jamaican official discreetly asked if the Feds would cancel Miller's deal and return him to Jamaica. This after the Jamaicans had dropped his extradition request for years. "I said, 'Fuck, no. No way. He'll die in prison down there,'" a source at the dinner recalled. "And he said, 'Oh, no, no, no. We guarantee it.' Now, here's the minister of national security in the Labour Party. You can imagine how long he would've lived down there."

CHARLES MILLER DOES NOT SOUND happy. His voice comes thinly over the telephone line on this June morning, like that of an errant teenager calling home. It is a departure for the man who boldly proclaimed his innocence in a St. Kitts newspaper last year and blamed America "for who I am."

"Jamaica and America forged me in the fire of life," he wrote. "I am a product of their system." Now he is hunkering down, no longer giving interviews and colorfully claiming that the CIA taught him to kill "with the stem of my watch...I was trained by the best of the best.... But I am not that person anymore. Now I am just a businessman." A businessman who keeps a close eye on his island. One gloomy day last October, I tested that, stopping on a rain-swept rural road. The car that was following me stopped, too. When I turned around, it turned around.

Tired of the cat and mouse, I drove to Miller's house. A six-foot-high white iron fence, festooned with gold-leafed lion heads, surrounds the three-story stucco house. From the gate, I could see shadows moving through an open-air living room and hear children playing. I found a buzzer and pressed it, suddenly noticing the tiny lens of a video camera embedded in glass above it. I heard a click.

"Who is it?" a woman asked sharply.

I told the lens I was from *GQ* and asked for Charles.

"Well, Mr. GQ, you can just push on." Click. Gone.

I pushed the button again and this time got Miller. I gave him my pitch for an interview. He chuckled bitterly. He'd been ambushed by *America's Most Wanted* the week before and wasn't in the mood.

He clicked off. I pushed the button again.

"Yes?" As if he were expecting someone else.

"Charles..." I glanced up and down the street to see if anyone was there, remembering stories about his street goons. I told him I'd be happy if he'd just tell me about his childhood. There was a long silence. "Charles, are you there?"

"Many bad things been written, mon," he finally said. After some more back-and-forth, he clicked off.

The woman came on when I buzzed again.

"Go away," she said rudely, even menacingly. This time I did. When I came back again the next day, Little Nut threatened to call the police. Which I found ironic, until I remembered Charles Miller owns the police.

But when I call now, eight months later, he seems blue, almost too sad to talk. I ask if he feels under a lot of pressure.

"I'm just hanging in there...." His voice trails off. I ask if government agents are harassing him. "It's whatever they say. I'm not obliged to..."

I ask him about his trip to Scotland Yard with Watterson. Long silence. "As I say, I'm not saying anything."

"OK," I say, "but will you tell me one thing? How did you get the name Little Nut?"

A sigh. "As I said, sir, I'm not saying anything." And then, "You write a book one day."

"A book? And you'll sit down and tell me your whole story?"

"Yes," he says, and I can tell he's smiling. "I will."

IT WOULD BE HARD TO COME UP with a better example of the political and moral bankruptcy of the so-called war on drugs than Charles "Little Nut" Miller, a.k.a. Cecil "the Modeler" Connor, whose career in narcotics now spans six U.S. presidents and four "drug czars."

Has he been protected by Washington for past service to the CIA? Reasonable men disagree; his onetime mentor in the infamous Shower Posse says no. The CIA, as a matter of policy, never comments on its employees or agents, real or imagined. Most U.S. law-enforcement agents who know Jamaica believe Miller had to have been involved with the agency at some level.

But an equally reasonable response would be "So what?" Whether he was once on the CIA's payroll is almost irrelevant, because Little Nut's career in murder and mayhem was facilitated by Washington's campaign to rid Jamaica of a left-wing leader at all costs,

> "To unleash these guys on us and then on America's cities was a terrible thing," says a Jamaican diplomat in Washington. "How did they get into the United States with these criminal records? Entire gangs came here from West Kingston."

## Caribbean Connection

including turning a blind eye to, if not directly arming, the well-connected Kingston cocaine gang. It was high-level protection that enabled the Shower Posse to expand its deadly operations to the United States, as members traveled freely to and from Jamaica despite long criminal records.

"To do this, to unleash these guys on us and then on America's cities, was a terrible thing," a Jamaican diplomat in Washington said. "How did they get into the United States with these criminal records? Entire gangs came here from West Kingston and planted themselves in New York and Washington."

The Shower Posse was eventually busted up, but its legacy lives on in Kingston, where, I found after traveling with a social worker in the slums, cocaine gangs call the shots today. One of the biggest cocaine markets in the capital is right across the street from a police station.

Miller was freed by the snitch system, another staple of the war on drugs, whose pursuit of convictions over treatment should be a national scandal. Desperate prosecutors will pay almost any price for a headlining conviction, and in a Miami courtroom in 1989, the price for the conviction of four midlevel Posse members was Little Nut's freedom. Little Nut walked out of the courtroom into the warm embrace of the witness-protection program, another element of the war on drugs that has been badly abused.

If Miller is Uncle Sam's Frankenstein monster, then it's Uncle Sam's responsibility to take him down. But don't look for that to happen anytime soon. The latest extradition request was turned down by a St. Kitts magistrate. "I would guess to say that Miller is a big shot here," Brian Reynolds said, "but on the world stage he's nothing. He's not a Noriega."

Reynolds recently took a new job with a regional anti–money-laundering task force based in Trinidad, an hour's flight from St. Kitts. From there he'll be tracking Little Nut's shenanigans from a slightly more comfortable distance. No one is taking his place. Despite losing every battle with his nemesis, Reynolds remains confident that the system will eventually bring Miller down. And when that happens, the detective said with a smile, "I'd be quite happy to take some leave time and kiss the bastard good-bye."   •

*Jeff Stein wrote about biological terrorism in the August 1998 issue.*

## John McCain

CONTINUED FROM PAGE 179

destroy the American sub. The approaching ship was one of them.

During its deep dive, it was necessary for the *Gunnel* to allow some water to flood in, making the sub heavier and enabling it to remain submerged at such a great depth. The *Gunnel* ran in this heavy condition for several hours, at one-third and two-thirds speed, while the three destroyers hunted it with their sonar. When they were close, my father and his crew could hear distinctly through the sub's hull the destroyers' sonar pinging incessantly. The air was growing foul, and the crew's nerves were strained to the breaking point. As one of the *Gunnel*'s signalmen, Charles Napier, recalled fifty years later, "The Catholics were fingering their rosaries, other religious sailors were praying, and some were simply trying to figure how to get out of the situation."

Around nine o'clock that night, the *Gunnel*, its batteries dangerously low and its air banks nearly depleted, surfaced. The weary and frightened crew gasped clean air for the first time in fourteen hours.

Water from a leak in the conning tower had flooded the pump room and grounded out an air compressor and the air-conditioning plant. Intending to run on the surface while the crew made repairs, my father took the sub close to the area where he had sunk the freighter.

It was a cloudless night with bright moonlight and calm seas. At 9:30 a lookout spotted one of the Japanese destroyers 5,800 yards away. My father put the destroyer astern of the sub and gave the order for battle stations. He ordered every man off the bridge except the quartermaster and himself and told the crew to make ready two of the stern torpedo tubes. He ran the *Gunnel* at full speed, making eighteen knots, but the destroyer made thirty knots and closed rapidly.

At a little less than 3,000 yards, the destroyer's guns opened up on the *Gunnel*, firing fused projectiles that passed over and on either side of the sub.

My father had ordered Joe Vasey, the *Gunnel*'s torpedo officer, to work out a firing solution for all four of the stern torpedo tubes. With shells fired from the destroyer's guns "getting uncomfortably close," exploding overhead and missing barely to the *Gunnel*'s port and starboard sides, my father yelled, "Goddamnit, shoot, Joe, shoot!" Vasey fired the two operable torpedoes "down the throat" of the destroyer as my father sounded the diving alarm.

When the *Gunnel* reached thirty-five feet, the first torpedo hit the destroyer. A few seconds later, five depth charges detonated simultaneously off the *Gunnel*'s stern. My father recorded the moment in his log, breaking his usual practice of restricting his official record to a dry recitation of the facts and avoiding dramatic embellishment.

The awesome sounds of exploding depth charges and collapsing bulkheads as the warship rapidly sank close astern of *Gunnel* was an unforgettable experience for all hands.

My father leveled off the sub at 200 feet. When he picked up on his sonar the two remaining destroyers rapidly approaching, he took her down to 300 feet and commenced evasive tactics. The destroyers



**STEROIDS ALTERNATIVE**

TO BE TAKEN Orally. No harmful side effects.

**S&K Labs A.T.D.C.**

Saturate the body with the most powerful testosterone enhancers available. A.T.D.C. is S&K Labs most powerful stack of testosterone enhancers combined. They could raise Testosterone levels up to 337%. Testosterone is the body's natural steroid. Higher testosterone levels mean faster, easier muscle growth.

If you are not completely satisfied with the growth you obtain within 15 days, return it for a full refund.

**2 month cycle for only $29.95**

$29.95 + S&H C.O.D.'s WELCOME
Use your personal check over the phone or order by cash on delivery
ORDER NOW!!! 1-800-275-7822
MONEY BACK GUARANTEE!  VISA
C.O.D.  Call 24 hrs a day 7 days a week or send check or money order to:

**S&K Labs, P.O. Box 2025
Pompano Beach, Florida 33061**

___ 1 Bottle 365mg Capsules 60 Day cycle $29.95 + $5.00 S&H
___ Special, Buy 2 Bottles get 3rd FREE $59.90 + $10.00 S&H
___ Add $10.00 for Priority Mail
___ International orders add 25% (C.O.D.'s U.S. only)
___ Yes, I would like a FREE catalog with my order

Name:
Address
City, State, Zip

Phone: (

Exhibit "B"

THE CARIBBEAN

# He's One Tough Nut

## A fugitive in paradise threatens Americans

BY BROOK LARMER

THE 250 AMERICAN VETERINARY students on the island of St. Kitts used to laugh at their good fortune: the campus of Ross Veterinary University, perched on the flank of a volcano above the crystalline waters of the Caribbean Sea, is close to paradise. The fact that it is also just a few hundred yards from the home of Charles "Little Nut" Miller, an alleged drug kingpin and Washington's most wanted man in the Caribbean, never seemed to matter too much. For the past two and a half years, the United States has been trying to extradite Miller for allegedly conspiring to smuggle nearly a ton of cocaine through Miami. But the 37-year-old millionaire has, for the most part, retreated quietly behind the armed guards and video-surveillance cameras at his hillside mansion.

Ross students aren't laughing anymore.



**Luxury cars and conspiracy theories:** With his BMW

As they prepared for final exams last week, the U.S. State Department issued a chilling announcement: a narcotics trafficker, whom officials later identified as Charles Miller, was threatening to have American students on St. Kitts killed at random if Washington succeeded in having him extradited. Under normal circumstances, the extradition request, which is now making its way through St. Kitts' judicial system, would not be resolved for at least another year or two. But Miller says he fears that U.S. forces are planning a surprise raid to ca him, as they did with Manuel Noriega in 1989. ing a recent interview NEWSWEEK, Miller said a ingly: "You're just a CIA posing as a journalist, you?") American officials confirm or deny plans for a but they are taking the th seriously. And with good son: in a Miami trial ba 1989, Miller confessed to l volvement in nine murde the United States. Carik authorities now link him t eral more in St. Kitts. alth Miller denies any connecti

Last week, as officials the U.S. State Departmen and Drug Enforcement A istration landed on the is one detail was overlo Miller is, in many ways, ation of the U.S. government. For the fi years of his life, he was known as Cecil nor. When he moved to Kingston, Jan as a teenager, "Connie" joined a gang litical thugs that—with secret U.S. he says—intimidated and murdered lefti ponents of Edward Seaga, the prime r ter at that time. He claims CIA agents ta him how to kill using everything from tools to the tiny springs of a wristw "The U.S.," he says, "made me what I In 1989, after being convicted of cc trafficking in New York, he became a s formant in the U.S. case against the Sh Posse, a violent Jamaican gang. His re full immunity and a new identity.

Nobody knew then, of course, that nie would vanish from the progran resurface in St. Kitts as Charles N When asked why he changed his na 1991 to his U.S.-given pseudonym, got testy: "You step onto my island, ar disrespect my name? I happen to lik reminds me of Prince Charles." A fla: ant figure with a weakness for luxur and conspiracy theories, Miller sa cleaned up his act when he returnec Kitts, opening legitimate businesses.

But U.S. and Caribbean authoriti Miller also resumed his drug traff helping turn this sleepy little island lation: 32,000) into a conduit for Colc cocaine—and a violent battleground ing 1994 and 1995, nine people wer dered, including the son of the deputy prime minister and the natic ti-drug chief. Miller denies any con: with these crimes.) Miller "is a Fr stein monster created by Uncle Sam a European diplomat in the Caribbe former sponsors and the U.S. stude now only hope that Little Nut is crazy as his name suggests.

AUGUST 10, 1998 NEWSWE

---

RAGING RIVER



**Plugging the leaks:** *Chinese Army troops and residents are frantically trying to repair the 2,400 damaged dikes along the swollen Yangtze River. This summer's massive flooding has killed more than 1,200 people in the country's central provinces; millions have been evacuated from their homes.*