UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MILLER,
    Plaintiff,

vs

Civil Action No.:
05-1314(HHK)

U.S. DEPT. OF JUSTICE,
Federal Bureau of Investigation
    Defendant.

### PLAINTIFF'S STATEMENT OF DISPUTED FACTS

Pursuant to Local Rule 7(h), the plaintiff respectfully submits this statement of material facts that are in dispute which necessarily forecloses summary judgment in this case. This statement is supported by "Affidavit of Charles E. Miller" which is attached herewith and incorporated by reference.

1. In March, 2003 Miller requested any and all records/information in the possession of FBI to be released to him pursuant to 5 U.S.C. §552 and §552a.

2. The FBI ultimately released certain records related to a Rochester, New York investigation dating from early/mid 1980's.

3. The FBI asserts that it does not maintain any additional records or information related to Miller beyond that released and non-disclosed under exemption--none of which post-date or relate to any FBI investigations except the Rochester, New York case

4. Conversally, Miller contends that the FBI does, or logically should have, additional records/information related to him due to Miller's activities subsequent to the Rochester, New York investigation. (Miller's Affidavit ¶5-13, Exhibits (A) & (B)) Miller was placed on the Witness Protection Program (WPP) in 1988 (which the FBI facilitated) and subsequently--after leaving the WPP--became associated with various international law enforcement investigations in and around St. Kitts/Nevis area of the Caribbean Islands. (Miller's Affidavit ¶5-13, Exhibits (A) & (B).

5. It is simply unbelievable that the FBI did not generate a single shread of documents related to Miller and his activities that post-date the Rochester, New York, investigation. The existance of records subject to FOIA is a geniune question of fact. <u>Weisberg v. U.S. Dept. of Justice</u>, 627 F.2d 365 (D.C. Cir. 1980).

6. Miller alleges that the FBI does have additional records/information that are subject to release under FOIA and the FBI asserts to the contrary. Consequently, there is a genuine issue of material fact in dispute.

Respectfully submitted this 20th day of October, 2005.

/s/ *Charles E. Miller*
Charles E. Miller
Plaintiff, Pro Se

-2-