# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1314 (HHK) |
| | ) Electronic Case Filing |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Federal Bureau of Investigation | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, identified in the Complaint as the United States Department of Justice ("DOJ") and/or the Federal Bureau of Investigation ("FBI"), which is a component of DOJ, through its undersigned counsel, respectfully moves the Court pursuant to Rule 6(b), Fed. R. Civ. P., to enlarge the time for the government to file a reply brief in support of the government's motion for summary judgment and to respond to plaintiff's pending motions to stay [Docket Entry No. 15], for an evidentiary hearing or *in camera* inspection [Docket Entry No. 16] and to appoint counsel [Docket Entry No. 17]. Defendant proposes that the reply and other responses all be filed no later than December 6, 2005.[1] The grounds for this motion are set forth below.

---

[1] Based on the dates reflected on plaintiff's certificates of service, defendant's reply brief was due on October 31, 2005 and the oppositions to his motions would be due on November 3, 2005. However, due to delays inherent in mail sent from a federal prison and processed upon arrival at DOJ, undersigned counsel did not receive plaintiff's opposition and motions by mail until November 1, 2005. Further delay upon receipt on October 28, 2005 was occasioned by plaintiff's addressing the envelope to the United States Attorney instead of Assistant United States Attorney Jane M. Lyons who has daily responsibility for this case. AUSA Lyons had notice of plaintiff's filings through their placement on the Court's ECF system on October 27, 2005, but was occupied with other matters and unable to file a timely motion covering just the reply brief.

Defendant filed its motion for summary judgment [Docket Entry No. 12] in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") on September 26, 2005. Plaintiff, who is serving a life sentence without parole, challenges the response he received from the FBI to his FOIA request dated March 16, 2003. In his partial opposition to the defendant's dispositive motion, plaintiff has submitted detailed argument and an affidavit which raises a number of potential issues regarding the FBI's search for documents responsive to plaintiff's FOIA request. Plaintiff has filed separate motions seeking other forms of relief but all of the issues are closely intertwined. Accordingly, it makes sense for the government to respond simultaneously. Undersigned counsel has requested additional information or clarification from the FBI to enable counsel to prepare appropriate responses and a reply brief. Allowing the FBI a reasonable amount of additional time to furnish this information will ultimately assist the Court with resolving this matter efficiently. Undersigned counsel was unable to file a reply and oppositions under the time frames permitted by the rules because FBI will not be able to provide the necessary information prior to the current deadlines due, in large part, to its heavy FOIA workload. In addition, the Assistant United States Attorney with daily responsibility for this matter will be out of the office at the DOJ training center in Columbia, South Carolina between November 29 and December 2, 2005. Once she returns to the office, she already has a number of commitments in other cases and will require a reasonable amount of time for coordination with the FBI and preparation of a reply and responses to plaintiff's multiple motions.

This extension of time is sought in good faith and will not unduly delay the resolution of this matter. Plaintiff will not be unfairly prejudiced by the delay associated with this extension as

he pursued the administrative process under the FOIA for over two years and a little over one additional month will not amount to significant delay by comparison.

Counsel for the defendant did not consult with the plaintiff prior to filing this motion for enlargement because he is presently incarcerated.[2] This is the defendant's first request for an extension of time to file a reply and file oppositions to plaintiff's motions, and no scheduling order has been entered.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for defendant to file a reply brief and responses to plaintiff's motions to stay, for an evidentiary hearing and *in camera* inspection, and to appoint counsel be extended through and including December 6, 2005.  A proposed order is attached.

Dated: November 3, 2005.

                                      Respectfully submitted,

                                      /s/_____
                                      KENNETH L. WAINSTEIN, D.C. Bar #451058
                                      United States Attorney

                                      /s/_____
                                      R. CRAIG LAWRENCE, D.C. Bar # 171538
                                      Assistant United States Attorney

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

    /s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2005, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME** in the first class United States mail, postage prepaid, marked for delivery to:

> **CHARLES MILLER**
> Reg. No. 18123-053
> U.S. Penitentiary
> P.O. Box 150160
> Atlanta, Georgia   30315

/s/_____
Jane M. Lyons
Assistant United States Attorney