UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MILLER,

    Plaintiff,

vs.

U.S. DEPT. OF JUSTICE,
Federal Bureau of Investigation

    Defendant.

Civil Action No.:
05:1314(HHK)

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33, F.R.Civ.P., the Plaintiff submits the the following interrogatories and requests that defendant's agent(s) answer each of the interrogatories in writing under oath within thirty (30) day of service.

1. State the FBI's duties, jurisdiction, and obligation related to investigation of organized illicit drug trafficking organizations, and/or individuals, operating in and around the St. Kitts/Nevis Islands of the Caribbean Islands.

2. State the FBI's investigative activities related to investigation of the Jamaican criminal organization (gang) referred to as the Shower Posse. This should include dates of investigative activities.

3. State the names, titles, and duties of all FBi agents working in St. Kitts/Nevis area during times relative to this litigation. Specifically, 1992 through 2000.

4. State the FBI's purpose for assigning FBI agents to the St. Kitts/Nevis islands during times between 1990 through 1996.

-1-

5. State whether any FBI agents had official contact with the plaintiff (Charles Miller aka Cecil Connors) during the years of 1986 through 1999.

6. State the FBI's role in the investigation of "Nickle Murders" case prosecuted in the U.S. District Court, Southern District of Florida in 1988-1989. Specifically as relates to Lester Lloyd Coke aka Jim Brown, Vivian Blake in relation to plaintiff.

7. State the FBI's role in the investigation of Jim Brown (former Shower Posse leader) during the 1980's and 1990's and specify whether or not plaintiff's name was associated with that investigation.

8. State the FBI's role in the investigation of plaintiff related to the federal governments prosecution of plaintiff in the U.S. District Court, Southern District of Florida in Criminal Case #95-CR-896(Moore). Specifically any investigation involving plaintiff Miller and Kirk Bruce and Donavon Jones aka Board Heart and Champs.

9. Describe any technical mechanisms, factors, or parameters associated with the FBI's Central Records System (CRS) that would explain the absence of information related to plaintiff in the CRS acquired in the course of the FBI's fulfilling its mandated law enforcement responsibilities from 1986 to the present.

10. Indicate explanation as to why the CRS failed to acquire and/or relate to General Indices reflecting plaintiff's association with the FBI's Jamaican Shower Posse files.

11. Indicate with specifity, i.e. Universal Case File Number (UCFN), any and all files opened, assigned and/or closed by the Investigative Case Managment (ICM) office that relate to or referrence the plaintiff.

12. Indicate with explanation as to why the FBI's CRS fails to

     reflect FBI agents contact with plaintiff in association with St. Kitts local law enforcement during criminal investigations conducted in St. Kitts in 1990's.

13. State with particularity the FBI's role and UCFN in the investigation of alleged threats against the lives of American students attending the Ross Veterinary University on St. Kitts in or about 1997.

14. State with particularity the FBI's role and UCFN in the investigation of the disappearence of William "Billy" Herbert, former Ambassador to the United States from St. Kitts, in the 1990's.

15. State with particularity the FBI's role and UCFN in the investigation of the homocide of Vincent Morris, son of then Acting Prime Minister Honorable Mr. Sidney Morris in 1994.

16. State the FBI's role in the granting of immunity to plaintiff by U.S. Attorneys in 1988/89, even before going into the Grand Jury room and subsequently the trial on January 25th and 26th 1989 of the Nickel Murders case in S.D. Florida; and his subsequent placement in the Witness Protection Program (WPP).

Respectfully submitted this 26th day of October, 2005.

/s/ *Charles E. Miller*
Charles E. Miller
Plaintiff, Pro SE