UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,       )<br>                      )<br>        Plaintiff,     )<br>                      )<br>   v.                 )<br>                      )<br>U.S. DEPARTMENT OF JUSTICE, )<br>                      )<br>        Defendant.    )<br>_____) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of the defendant's fourth motion for enlargement of time to file a reply brief and to respond to plaintiff's motions [Docket Entry Nos. 15, 16, and 17], any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including May 15, 2006 to file a reply brief in support of defendant's motion for summary judgment and to respond to plaintiff's pending motions.

_____                             _____
Date                                        HENRY H. KENNEDY
                                            United States District Judge

**Copies:**
**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov

**Through U.S. Mail:**
**CHARLES MILLER**
Reg. No. 18123-053
U.S. Penitentiary
P.O. Box 150160
Atlanta, Georgia   30315