Untitled

Charles Miller
18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL 33521

May 8th, 2006

Clerk of the Court
United States District Court
for the District of Columbia
333 Constitution Ave N.W
Washington, DC 20001

RE:  Case # 051314 HH - Charles Miller vs Department of Justice

My address has changed from

Charles Miller
18123-053
United States Penitentiary
P. Box 150160
601 McDonough Blvd., S.E.
Atlanta
GA 30315

To

Charles Miller
18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL 33521

Please update your records and forward all documents to my new address.

Thanks very much.

*Charles Miller*
Charles Miller