UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>Federal Bureau of Investigation )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO STAY SUMMARY JUDGMENT DETERMINATION
AND LEAVE TO CONDUCT DISCOVERY**

This case is brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff, who is serving a life sentence without parole, challenges the response he received from the Federal Bureau of Investigation ("FBI") to his FOIA request dated March 16, 2003. Defendant filed a motion for summary judgment on September 26, 2005. Defendant's reply brief in support of that motion is expected to be filed in the next few weeks but has been delayed by the FBI's discovery of a Legal Attache ("Legat") Bridgetown main file identified as File 163A-BB-610 which it has been reviewing for possible release to plaintiff. On or about May 5, 2006, the FBI made additional documents available to plaintiff, and is in the process of completing the declaration detailing the exemptions it applied and the additional efforts it made to search for documents.[1]

---

[1] Around the same time the FBI sent additional documents to plaintiff from the Legat Bridgetown main file, plaintiff was transferred to a new prison. Undersigned counsel has alerted personnel at the FBI to be on the lookout for those documents to be returned and has provided the FBI with plaintiff's new address in case the Bureau of Prisons does not forward this item of plaintiff's mail successfully.

In October, 2005, plaintiff filed a motion to stay the summary judgment determination along with his opposition to defendant's motion. See Docket Entry No. 15. Plaintiff requests that the Court open discovery in this case even before the Court has a complete record before it of defendant's efforts to respond to plaintiff's FOIA request. Defendant opposes any stay of the Court's consideration of the record on summary judgment once it is complete. Plaintiff's motion fails to establish good cause for handling this case in anything other than the ordinary course of a FOIA case where the Court evaluates the agency's record in the first instance.

As defendant argued in his motion for a protective order [Docket Entry No. 19], which was granted by the Court on December 9, 2005, discovery in FOIA actions is generally restricted. See Public Citizen Health Research Group v. FDA, 997 F. Supp. 56, 72 (D.D.C. 1998) ("Discovery is to be sparingly granted in FOIA actions."). Ordinarily, the Court evaluates the record of affidavits and accompanying exhibits in the first instance. Plaintiff offers no legitimate reason for treating this case differently, and it would be particularly inappropriate to do so at this juncture because the Federal Bureau of Investigation has already indicated that it has conducted further searches and located additional potentially responsive material. See Defendant's Motion for Extension of Time to File Response/Reply [Docket Entry No. 22], Exhibit 1 (Second Declaration of David M. Hardy). Summary judgment in favor of defendant will be appropriate as long as FBI submits reasonably detailed declarations describing the searches performed and demonstrating that all files likely to contain responsive information have been searched. Valencia-Lucena v. United States Coast Guard, 180 F.3d 321, 326 (D.C. Cir. 1999), quoting Oglesby v. Department of Army, 920 F.2d 57, 68 (D.C. Cir. 1990). Discovery is not warranted at this time.

For these reasons, and consistent with the Court's December 9, 2005 Minute Order granting defendant's motion for a protective order, defendant respectfully requests that plaintiff's motion to stay the summary judgment determination to conduct discovery be denied.

Dated: May 15, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

 /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing *Defendant's Opposition to Plaintiff's Motion to Stay Summary Judgment Determination and Leave to Conduct Discovery* in the first-class United States mail, postage prepaid, marked for delivery to :

> **CHARLES MILLER**
> Reg. No. 18123-053
> USP COLEMAN II
> U.S. PENITENTIARY
> P.O. BOX 1034
> COLEMAN, FL  33521

on this 15th day of May, 2006.

/s/
JANE M. LYONS, D.C. BAR #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161