UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,           ) | |
|                           ) | |
|         Plaintiff,        ) | |
|                           ) | |
|     v.                    ) | Civil Action  No. 05-1314 (HHK) |
|                           ) | Electronic Case Filing |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Federal Bureau of Investigation ) | |
|                           ) | |
|         Defendant.        ) | |
|                           ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR EVIDENTIARY HEARING AND FOR IN CAMERA INSPECTION**

This case is brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff, who is serving a life sentence without parole, challenges the response he received from the Federal Bureau of Investigation ("FBI") to his FOIA request dated March 16, 2003. Defendant filed a motion for summary judgment on September 26, 2005.  Defendant's reply brief in support of that motion is expected to be filed in the next few weeks but has been delayed by the FBI's discovery of a Legal Attache ("Legat") Bridgetown main file identified as File 163A-BB-610 which it has been reviewing for possible release to plaintiff.  On or about May 5, 2006, the FBI made additional documents available to plaintiff, and is in the process of completing the declaration detailing the exemptions it applied and the additional efforts it made to search for documents.[1]

---

[1] Around the same time the FBI sent additional documents to plaintiff from the Legat Bridgetown main file, plaintiff was transferred to a new prison.  Undersigned counsel has alerted personnel at the FBI to be on the lookout for those documents to be returned and has provided the FBI with plaintiff's new address in case the Bureau of Prisons does not forward this item of plaintiff's mail successfully.

Plaintiff filed a motion for an evidentiary hearing or *in camera* review. See Docket Entry No. 16. Neither proceeding is called for in this case.

The decision whether to review *in camera* documents withheld from production in response to a FOIA request is within the discretion of the District Court. See, e.g., Accuracy in Media, Inc. v. National Park Serv., 194 F.3d 120, 124-25 (D.C. Cir. 1999) (reviewing decision not to review in camera documents for an abuse of discretion), cert. denied, 529 U.S. 1111 (2000). *In camera* review is disfavored generally. See PHE, Inc. v. United States Dep't of Justice, 983 F.2d 248, 252-53 (D.C. Cir. 1993); Williams v. Federal Bureau of Investigation, 822 F. Supp. 808, 814 (D.D.C. 1993), aff'd in part and remanded in part, 76 F.3d 1244 (D.C. Cir. 1994), quoting Schiller v. National Labor Relations Bd., 964 F.2d 1205, 1209 (D.C. Cir. 1992). Indeed, such review typically is appropriate only if an agency's affidavits are insufficiently detailed to permit meaningful review of exemption claims, or there is evidence of agency bad faith. See, e.g., Accuracy in Media, 194 F.3d at 125. In this case, plaintiff has not shown any bad faith and the Court will soon be able to evaluate the FBI's declarations to determine whether they are sufficiently detailed to permit the Court's review. Therefore, *in camera* review is unwarranted under the circumstances.

For these reasons, defendant respectfully requests that plaintiff's motion to stay the summary judgment determination be denied.

Dated: May 15, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing *Defendant's Opposition to Plaintiff's Motion for an Evidentiary Hearing and In Camera Review* in the first-class United States mail, postage prepaid, marked for delivery to :

    **CHARLES MILLER**
    Reg. No. 18123-053
    USP COLEMAN II
    U.S. PENITENTIARY
    P.O. BOX 1034
    COLEMAN, FL  33521

on this <u>15</u>th day of May, 2006.

    /s/
    JANE M. LYONS, D.C. BAR #451737
    Assistant United States Attorney
    555 4th Street, N.W. - Room E4822
    Washington, D.C. 20530
    (202) 514-7161