UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1314 (HHK) |
| ) | Electronic Case Filing |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Federal Bureau of Investigation ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL**

This case is brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff, who is serving a life sentence without parole, challenges the response he received from the Federal Bureau of Investigation ("FBI") to his FOIA request dated March 16, 2003. Defendant filed a motion for summary judgment on September 26, 2005. Defendant's reply brief in support of that motion is expected to be filed in the next few weeks but has been delayed by the FBI's discovery of a Legal Attache ("Legat") Bridgetown main file identified as File 163A-BB-610 which it has been reviewing for possible release to plaintiff. On or about May 5, 2006, the FBI made additional documents available to plaintiff, and is in the process of completing the declaration detailing the exemptions it applied and the additional efforts it made to search for documents.[1]

---

[1] Around the same time the FBI sent additional documents to plaintiff from the Legat Bridgetown main file, plaintiff was transferred to a new prison. Undersigned counsel has alerted personnel at the FBI to be on the lookout for those documents to be returned and has provided the FBI with plaintiff's new address in case the Bureau of Prisons does not forward this item of plaintiff's mail successfully.

Plaintiff filed the instant motion for appointment of counsel on October 24, 2005 along with his opposition to defendant's motion for summary judgment and multiple other motions. Appointment of counsel in civil cases is not a matter of right and is entrusted to the sound discretion of the Court. This Court's Local Civil Rule 83.11(b)(3) enumerates certain factors which, in addition to any other circumstances the Court deems relevant, should guide the exercise of that discretion in an individual case. See also Willis v. Federal Bureau of Investigation, 274 F.3d 531 (D.C. Cir. 2001) (analyzing and comparing the factors for appointment of counsel in a FOIA case with those for appointment of counsel in cases brought under Title VII as set out in Poindexter v. FBI, 737 F.2d 1173 (D.C. Cir. 1984)).

Plaintiff has filed a logical and coherent opposition to defendant's motion, so much so that the FBI has undertaken additional search efforts and located more information. Two of the factors to be weighed in the calculus of appointment of counsel are the complexity of the case and the potential merits of the claims at the time the decision regarding appointment is made. See Local Civil Rule 83.11(b)(3)(ii); Ficken v. Alvarez, 146 F.3d 978, 981 (D.C. Cir. 1998) ("Because of the evolutionary nature of the *Poindexter* factors, district judges often re-evaluate the need for appointed counsel at various stages of the proceedings."). To date, plaintiff has identified relevant issues and argued his position effectively. The issues are not unusually complex. Because it appears likely that plaintiff is capable of addressing the issues involving defendant's search and withholdings, there is no need for appointment of counsel.

For these reasons, defendant respectfully takes the position that the limited resources available to the Court would be appropriately reserved for other cases involving less-capable pro se parties. When the record on summary judgment is complete, the Court will arguably be in a

strong position to better evaluate both the complexity and the potential merits. Accordingly, plaintiff's motion for appointment of counsel should be denied without prejudice.

Dated: May 15, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

 /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing *Defendant's Response to Plaintiff's Motion for Appointment of Counsel* in the first-class United States mail, postage prepaid, marked for delivery to :

>   **CHARLES MILLER**
>   Reg. No. 18123-053
>   USP COLEMAN II
>   U.S. PENITENTIARY
>   P.O. BOX 1034
>   COLEMAN, FL  33521

on this 15th day of May, 2006.

>   /s/
>   JANE M. LYONS, D.C. BAR #451737
>   Assistant United States Attorney
>   555 4th Street, N.W. - Room E4822
>   Washington, D.C. 20530
>   (202) 514-7161