UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>　　　　　　Defendant. | Civil Action No.  05-1314  (HHK) |

**ORDER**

It is hereby

ORDERED that plaintiff's motions to stay [#15], for an evidentiary hearing [#16], for *in camera* inspection [#16], and for appointment of counsel [#17] are DENIED without prejudice. It is further

ORDERED that defendant's motions for enlargement of time [#28, 29] are GRANTED. Defendant shall file its reply on or before August 15, 2006.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HENRY H. KENNEDY, JR.
　　　　　　　　　　　　　　　United States District Judge

Date: May 16, 2006