UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>  )<br>        Defendant.  )<br>_____)  | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

## ORDER

UPON CONSIDERATION of the defendant's sixth motion for enlargement of time to file a reply brief, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including September 29, 2006 to file a reply brief in support of defendant's motion for summary judgment.

_____                    _____
Date                                                          HENRY H. KENNEDY
                                                                     United States District Judge

**Copies:**
**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov

**Through U.S. Mail:**
**CHARLES MILLER**
Reg. No. 18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL  33521