UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>       Defendant. )<br>_____) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of the defendant's seventh motion for enlargement of time to file a reply brief, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including December 21, 2006 to file a reply brief in support of defendant's motion for summary judgment along with any appropriate supporting declaration(s).


_____                                                        _____
Date                                                                                   HENRY H. KENNEDY
                                                                                                  United States District Judge

**Copies:**
**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov

**Through U.S. Mail:**
**CHARLES MILLER**
Reg. No. 18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL  33521