UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,              )<br>                                           )<br>          Plaintiff,              )<br>                                           )<br>     v.                                  )      Civil Action No. 05-1314 (HHK)<br>                                           )<br>U.S. DEPARTMENT OF JUSTICE, )<br>Federal Bureau of Investigation )<br>                                           )<br>          Defendant.            )<br>_____) | |

**DEFENDANT'S NOTICE OF BULKY EXHIBITS**

The declarations supporting Defendant's Reply in Support of Motion for Summary Judgment are quite bulky and are being maintained in the Clerk's Office on paper. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday beginning on or about May 8, 2007. These declarations are:

1. Fourth Declaration of David M. Hardy of the Federal Bureau of Investigation;

2. Declaration of Kathy Hsu of the Department of Justice's Criminal Division;

3. Declaration of Averill P. Graham of the Bureau of Alcohol, Tobacco, Firearms, and Explosives;

4. Declaration of Brian S. Kinsey of the Defense Intelligence Agency;

5. Declaration of Leila I. Wassom of the Drug Enforcement Administration;

6. Declaration of Brigadier General Richard Ellis, United States Army;

7. Declaration of Brigadier General Salvatore F. Cambria, United States Army;

8. Declaration of Margaret P. Grafeld of the Department of State; and

9. Declaration of Richard M. Abboud of the United States Air Force.

Paper copies of the declarations were served by first class U.S. mail on plaintiff on April

27, 2007.  A courtesy copy of the complete set is being delivered to Chambers on May 8, 2007.

Dated: May 7, 2007.

                      Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)