UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARGES MILLER, )<br>  )<br>        Plaintiff, )<br>  )<br>   v. )<br>  )<br> U.S. DEPARTMENT OF JUSTICE, )<br> Federal Bureau of Investigation, )<br>  )<br>        Defendant. )<br> _____ ) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**DEFENDANT'S NOTICE OF FILING
DECLARATION FROM EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS**

Defendant respectfully gives notice of the filing of the Declaration of John F. Boseker, Attorney Advisor in the Executive Office for United States Attorneys ("EOUSA"), a component of the United States Department of Justice. Mr. Boseker's declaration explains EOUSA's treatment of the documents referred by the Criminal Division of the Department of Justice to EOUSA in this case as referenced in Defendant's Reply in Support of Motion for Summary Judgment [Docket Entry No. 35]. See Def.'s Reply Mem. at 2 n.1. As set forth in Mr. Boseker's declaration, EOUSA withheld the referred material in full under Exemptions 3, 5, and 7(C), as well as the Privacy Act, 5 U.S.C. § 552a(j)(2).

Dated: July 3, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of July, 2007, I placed a copy of the foregoing **DEFENDANT'S NOTICE OF FILING DECLARATION FROM EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS** in the first class United States mail, postage prepaid, marked for delivery to:

      **CHARLES MILLER**
      Reg. No. 18123-053
      USP COLEMAN II
      U.S. PENITENTIARY
      P.O. BOX 1034
      COLEMAN, FL  33521

                                                                _____
                                                                Jane M. Lyons
                                                               Assistant United States Attorney