UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>  Defendant. )<br>_____) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**O R D E R**

UPON CONSIDERATION of the defendant's motion for enlargement of time to supplement the record with further information from the Drug Enforcement Administration concerning currently classified documents referred to it by the Federal Bureau of Investigation and the Department of State, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including May 15, 2008 to file any additional information bearing on the responses to plaintiff's request under the Freedom of Information Act.

_____   _____
Date                                                                HENRY H. KENNEDY
                                                                           United States District Judge

**Copies:**
**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov

**Through U.S. Mail:**
**CHARLES MILLER**
Reg. No. 18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL  33521