UNITED STATES DISTRICT COURT
IN FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLES MILLER,<br>    PLAINTIFF<br><br>V.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, FEDERAL BUREAU<br>OF INVESTIGATION,<br>    DEFENDANTS | CIVIL ACTION NUMBER:<br>05-cv-1314-HHK |

**RECEIVED**

MAR 0 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION REQUESTING LEAVE OF COURT TO SUPPLEMENT THE PLEADINGS

COMES NOW plaintiff CHARLES MILLER, by and through his limited pro-se capacity only moves this honorable court for leave to supplement the pleadings pursuant to the Federal Rules of Civil Procedure 15(d), adding to the exhibits of the original complaint to the above captioned cause, for reasons of recent occurrence.

IN SUPPORT HEREOF, PLAINTIFF SUBMITS AS FOLLOW:

The above captioned cause was filed in this court on June 30,2005. suing the component of the UNITED STATES DEPARTMENT OF JUSTICE(DOJ) : Federal Bureau of Investigations(FBI), for agency records being withheld by and through the agency and numerous other agencies through the processes known as referral/transfer of agency records, these processes has sent plaintiff's suit in a tailspin of document location, origination and processing,bringing pandemonium to the cause.

There as such a simple suit against the FBI has now turned into a complex suit against multiple Government agencies to solve one

quest for specific records requested by the plaintiff from one agency.

Therefore plaintiff herein seeks to supplement the pleadings with a recent occurrence that originated from the original agency: FBI, being sued that by and through referral/transfer of records, and multiple agencies processing of records has flipped into a related event to the herein proceedings.

Plaintiff would like this court to take the attached document into consideration with the herein proceedings being undertook by this honorable court at this very time period.

### FEDERAL RULES OF CIVIL PROCEDURE 15 (d)

The Fed.R.Civ.P. 15(d) permits this court to supplement documents, and pleadings into a proceeding, holding:

(d) **Supplemental Pleadings.** Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.

FED.R.CIV.P 15(d)

### CONCLUSION

WHEREFORE it is the humbled request--of the plaintiff that this honorable court supplement the above captioned proceedings with the attached recent occurrence, to add and have upon consideration of the matters.

ALL DONE AND SAID THIS 25TH DAY OF FEBRUARY 2008.

RESPECTFULLY SUBMITTED

(2) CHARLES MILLER-18123-053
FEDERAL CORRECTIONAL COMPLEX USPII
P.O. BOX 1034
COLEMAN, FLORIDA. 33521-0879

CERTICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing motion has been served upon the interested parties to the herein proceedings, sent to them by and through the United States Postal Service, first class mail with the proper amount of postage affixed to the following:

JANE M. LYONS
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N,W, ROOM E4822
WASHINGTON, D.C. 20530

ALL DONE AND SAID THIS 25TH DAY OF FEBRUARY 2008.

RESPECTFULLY SUBMITTED

_____
CHARLES MILLER-18123-059
FEDERAL CORRECTIONAL COMPLEX USPII
P.O. BOX 1034
COLEMAN, FLORIDA. 33521-0879

(3)