**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642         Washington, D.C. 20530

JAN 2 5 2008

Mr. Charles E. Miller
Register No. 18123-053
United States Penitentiary          Re:   Appeal No. 08-0204
Post Office Box 1034                      Request No. AG/06-R0898
Coleman, FL  33521                        ALB:MTC

Dear Mr. Miller:

    You appealed from the action of the Initial Request Staff of the Office of Information and Privacy, acting on behalf of the Office of the Attorney General, on records referred to it by the Criminal Division in response to your request to the Executive Office for United States Attorneys pursuant to your request for access to records pertaining to yourself.

    After carefully considering your appeal, I am affirming, on partly modified grounds, the Initial Request Staff's action on the records referred to it. The records in question are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.70 (2007). Because these records are not available to you under the Privacy Act, they have been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to them.

    The Initial Request Staff properly withheld the records referred to it in their entireties because they are protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by the attorney work-product privilege; and

    5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

    If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

*Janice Galli McLeod*
Janice Galli McLeod
Associate Director