UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>Federal Bureau of Investigation, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO SUPPLEMENT THE PLEADINGS**

Plaintiff has filed a motion seeking to add a January 25, 2008 letter from the Department of Justice's Office of Information and Privacy to the record. See Docket Entry No. 38. The letter affirms the withholdings made by the Criminal Division and the Executive Office for United States Attorneys in processing documents referred to them in connection with plaintiff's request for information under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). See id., Exhibit 1. Defendant has no objection to adding this material to the record.

Once the Court receives the remainder of the material needed to complete the record (a supplemental declaration from the Drug Enforcement Administration dealing with material being subjected to a declassification review), the Court will be in a position to grant final judgment in favor of defendant.

Dated:  March 4, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of March, 2008, I placed a copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE PLEADINGS** in the first class United States mail, postage prepaid, marked for delivery to:

      **CHARLES MILLER**
      Reg. No. 18123-053
      USP COLEMAN II
      U.S. PENITENTIARY
      P.O. BOX 1034
      COLEMAN, FL  33521

/s/_____
Jane M. Lyons
Assistant United States Attorney