UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**O R D E R**

UPON CONSIDERATION of the defendant's May 15, 2008 status report and motion for further enlargement of time to supplement the record with further information concerning classified and other information being reviewed by the Drug Enforcement Administration, the Federal Bureau of Investigation, and the State Department, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including October 15, 2008 to file any additional information bearing on the responses to plaintiff's request under the Freedom of Information Act.

IT IS FURTHER ORDERED that defendant file a status report by August 15, 2008.

_____         _____
Date                   HENRY H. KENNEDY
                      United States District Judge

**Copies:**
**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov

**Through U.S. Mail:**
**CHARLES MILLER**
Reg. No. 18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL  33521