UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MILLER,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT
OF JUSTICE,

        Defendant.

Civil Action No. 05-1314 (HHK)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED defendant's summary judgment motion [#12] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE, and it is further

ORDERED that defendant shall file a renewed motion within 45 days of entry of this Order.

SO ORDERED.

                                                           /s/
                                      HENRY H. KENNEDY, JR.
                                      United States District Judge

Date: June 24, 2008