UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1314 (HHK) |
| ) | Electronic Case Filing |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Federal Bureau of Investigation ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, identified in the Complaint as the United States Department of Justice ("DOJ") and/or the Federal Bureau of Investigation ("FBI"), which is a component of DOJ, through its undersigned counsel, respectfully moves the Court for a one week extension of time to file its renewed motion for summary judgment. Under the Court's June 25, 2008 Order, defendant's renewed motion is currently due on August 11, 2008, and defendant respectfully requests until August 18, 2008 to file it. The grounds for this motion are set forth below.

The Court's June 25, 2008 Memorandum Opinion approved large portions of the government's response, to date, to plaintiff's request for information about himself under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). To address the few items where the Court requested additional information, undersigned counsel has been working with personnel at the FBI, the Air Force, and the State Department. All three entities had indicated that the U.S. Attorney's Office could expect to receive additional supporting declarations sufficiently in advance of the August 11, 2008 deadline to allow time for drafting the brief in support of the

renewed motion for summary judgment. The State Department and the FBI are currently appear to be on track to meet that deadline, but the declaration needed from the Air Force has not yet been received. Because the items to be addressed in defendant's renewed motion for summary judgment are discrete, the interests of judicial economy and streamlining the record are best served by having defendant file a single renewed motion. Accordingly, defendant is requesting one additional week to allow counsel a reasonable amount of time to prepare the brief and have it reviewed once appropriate declarations are received from all three entities. Because the Drug Enforcement Administration ("DEA") continues to work diligently on completing its processing and documentation of its response but is currently not expected to finish for several more weeks, the slight delay in defendant's renewing its motion for summary judgment will not materially affect the Court's docket.

For all of these reasons, this extension of time is sought in good faith. Counsel for the defendant did not consult with the plaintiff prior to filing this motion for enlargement because he is presently incarcerated. See Local Civil Rule 7(m).

WHEREFORE, defendant respectfully requests that the time for filing its renewed motion for summary judgment be extended through and including August 18, 2008. A proposed order is attached.

Dated: August 7, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

- 2 -

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, I placed a copy of the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT** in the first class United States mail, postage prepaid, marked for delivery to:

> **CHARLES MILLER**
> Reg. No. 18123-053
> USP COLEMAN II
> U.S. PENITENTIARY
> P.O. BOX 1034
> COLEMAN, FL  33521

/s/_____
Jane M. Lyons
Assistant United States Attorney