UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>Federal Bureau of Investigation )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

**DEFENDANT'S STATUS REPORT**

Pursuant to the June 18, 2008 Minute Order of the Court, Defendant United States Department of Justice ("DOJ") respectfully files this report on the status of the Drug Enforcement Administration ("DEA")'s progress with respect to the ongoing declassification review and processing of documents relating to seven referrals from the Federal Bureau of Investigation ("FBI") and the Department of State associated with plaintiff's requests under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As set forth in the accompanying Declaration of William C. Little, Jr. ("Little Dec."), DEA continues to make progress reviewing six voluminous files relating to an international investigation of drug trafficking of at least fifteen individuals. See Declaration of William C. Little dated May 15, 2008 (attached to Docket Entry No. 40); Miller v. United States, 131 Fed. Appx. 161 (11th Cir. 2005) (denying post-conviction motion and briefly recounting procedural history of plaintiff's criminal conviction). DEA must carefully review these files to locate the material used as sources for a classified intelligence report which was prepared without attribution. See Little Dec. ¶¶ 2-5. The size of the classified files prevent all of them from being stored simultaneously in the secure storage area where Mr.

Little, a Senior Attorney in DEA's Office of Chief Counsel, works.  Id. ¶ 3.  The volume of information renders this a time-consuming project, and undersigned counsel understands that Mr. Little has other pressing responsibilities he must also attend to in addition to this project.

     DEA currently anticipates that it may finish the classification / declassification review of the material in this case in approximately 90 days.  See Little Dec. ¶ 6.  DEA will update the Court at that time, and will hopefully be in a position then to begin preparing a declaration dealing comprehensively with its response to the referrals received from FBI and the State Department.

     Dated: August 15, 2008.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR, D.C. Bar #498610
                                                United States Attorney

                                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

                                                /s/
                                                JANE M. LYONS, D.C. Bar #451737
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                555 4th Street, N.W. - Room E4822
                                                Washington, D.C. 20530
                                                (202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2008, I placed a copy of the foregoing **DEFENDANT'S STATUS REPORT** in the first class United States mail, postage prepaid, marked for delivery to:

**CHARLES MILLER**
Reg. No. 18123-053
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL  33521

/s/_____
Jane M. Lyons
Assistant United States Attorney