UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,           ) | |
| )                          | |
| Plaintiff,   ) | |
| )                          | |
| v.                         ) | Civil Action  No. 05-1314 (HHK) |
| )                          | Electronic Case Filing |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Federal Bureau of Investigation  ) | |
| )                          | |
| Defendant.   ) | |
| )                          | |

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(h), defendant United States Department of Justice, and its component the Federal Bureau of Investigation ("FBI") respectfully submit this statement of material facts not in genuine dispute in support of its renewed motion for summary judgment. This statement is supported by the Declaration of Michael L. Bietsch, the Second Declaration of Margaret P. Grafeld, and the Fifth Declaration of David M. Hardy ("Hardy Dec.") which are attached hereto.

15. The Air Force correctly withheld an intelligence report concerning a multi-subject investigation of international drug trafficking, which is currently classified at the "Secret" level, under Exemption 1 of the FOIA.  See Declaration of Michael L. Bietsch.

16. FBI properly withheld the information identified in Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C. §§ 2510-20, to protect information gathered through a lawful wiretap, under subsection (B) of Exemption 3.  See Fifth Hardy Dec. ¶¶ 5-6.

17. FBI correctly withheld information relating to confidential informants and sources in foreign law enforcement authorities who had an express assurance of confidentiality under Exemption 7(D). See Fifth Hardy Dec. ¶¶ 7-8.

18. The State Department's withholding of two draft telegrams under Exemption 5 was correct because of the deliberative nature of the communications. 2d Grafeld Dec. ¶¶ 4, 8.

19. The State Department's use of Exemption 7 was appropriate because the agency was involved with matters relating to international extradition of plaintiff for criminal proceedings in the United States, which is a law enforcement purpose. See 2d Grafeld Dec. ¶¶ 5-8.

20. Although plaintiff has received responsive documents from the FBI, plaintiff has not paid the fees associated with the FBI's response to his FOIA request. See 5th Hardy Dec. ¶ 9.

Dated: August 18, 2008.

Respectfully submitted,

———————————————
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

———————————————
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/ ———————————————
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161