Filed With Court Security Officer
September 4, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MILLER,            )<br>                              )<br>        Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br>U.S. DEPARTMENT OF JUSTICE, )<br>Federal Bureau of Investigation, )<br>                              )<br>        Defendant.          )<br>                              ) | **ATTACHMENT IS CLASSIFIED**<br><br>Civil Action No. 05-1314 (HHK)<br>Electronic Case Filing |

## DEFENDANT'S NOTICE OF *EX PARTE IN CAMERA* SUBMISSION

Defendant respectfully gives notice that it is submitting a declaration from an entity in the United States intelligence community regarding certain documents referred by the Federal Bureau of Investigation in this case as referenced in Defendant's Reply in Support of Motion for Summary Judgment [Docket Entry No. 35]. See Def.'s Reply Mem. at 2 n.3. The Court's June 25, 2008 Memorandum Opinion references these documents as still requiring explanation, and this declaration supplies the information on them. See Docket Entry No. 41 at 3-4.[1]

The declaration itself is classified, and none of the information discussed in the declaration has been revealed to plaintiff or the general public. The sensitive and classified material contained in the declaration must be kept off the public docket to avoid compromising the intelligence gathering techniques and capabilities of the United States government in the interests of national security. The Court has the inherent authority to examine this information as

---

[1] The classified declaration is dated in May, 2007, and undersigned counsel intended to submit it to the Court at that time but inadvertently neglected to do so, in part due to the extra burden of handling classified material. Undersigned counsel apologizes to the Court for this oversight.

part of defendant's renewed motion for summary judgment. See Jifry v. Federal Aviation Admin., 370 F.3d 1174, 1182 (D.C. Cir. 2004) (citing Molerio v. Federal Bureau of Investigation, 749 F.3d 815, 822 n.2 (D.C. Cir. 1984)), cert. denied, 543 U.S. 1146 (2005).

Dated: September 4, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2008, I placed a copy of the foregoing **DEFENDANT'S NOTICE OF *EX PARTE IN CAMERA* SUBMISSION (without attachment)** in the first class United States mail, postage prepaid, marked for delivery to:

>**CHARLES MILLER**
>Reg. No. 18123-053
>USP COLEMAN II
>U.S. PENITENTIARY
>P.O. BOX 1034
>COLEMAN, FL  33521

/s/_____
Jane M. Lyons
Assistant United States Attorney